**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE TURNER, | CASE NO:   5:14-CV-01761 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE NANCY A. VECCHIARELLI |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **MEMORANDUM OPINION AND ORDER (Doc. No. 22)** |
| Defendant. | |

This case is before the undersigned Magistrate Judge by the consent of the parties.  (Doc. No. 11.)  On September 24, 2015, Plaintiff, Stephanie Turner ("Plaintiff"), through her attorney, Marcia Margolius, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $3,851.84.  (Application for Attorney Fees ("EAJA Application"), Doc. No. 19.)  The Commissioner did not file any opposition to the EAJA Motion.

On October 16, 2015, the parties filed a Joint Proposed Stipulation to an Award of Fees under the EAJA in the amount of $3,700.00.  (Doc. No. 22.)  The Court finds the stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $3,700.00 in attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.

Pursuant to the parties' stipulation, any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States.  If counsel for the parties can verify that Plaintiff owes no pre-existing debts to

the United States that are subject to offset, Defendant shall direct that the award be made payable to Plaintiff's counsel subject to the assignment signed by Plaintiff and her counsel.

**IT IS SO ORDERED.**

s/ <i>Nancy A. Vecchiarelli</i><br>U.S. Magistrate Judge

Date: October 16, 2015